## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Russell Parker

                     Plaintiff,

v.                                       Case No.: 1:26–cv–05932

                                       Honorable Sharon Johnson Coleman

The Partnerships and Unincorporated
Associations Identified on Schedule A

                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 22, 2026:

      MINUTE entry before the Honorable Sharon Johnson Coleman: An in–person status hearing is set for 8/7/2026 at 10:00 AM. Mailed notice. (ym)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.